**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL FINAMORE and FINECAMP K O A, INC., d/b/a WEBSTER FAMILY CAMPGROUND,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JASON PIADER, DANIEL COURNOYER, MARK MASON, CHRISTOPHER DAGGETT, and DANIEL FALES, as they are THE MEMBERS OF THE TOWN OF WEBSTER, MASSACHUSETTS ZONING BOARD OF APPEALS,<br>and<br><br>RANDALL BECKER, JENNIFER SULLIVAN, DOUGLAS WILLARDSON, THEODORE TETREAULT and MICHAEL SHAW, INDIVIDUALLY and in their capacities as officials of the TOWN OF WEBSTER, MASSACHUSETTS<br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No.: 19-cv-40146** |

**DEFENDANTS, JASON PIADER, DANIEL COURNOYER, MARK MASON, CHRISTOPHER DAGGETT, and DANIEL FALES, as they are THE MEMBERS OF THE TOWN OF WEBSTER, MASSACHUSETTS ZONING BOARD OF APPEALS, and RANDALL BECKER, JENNIFER SULLIVAN, DOUGLAS WILLARDSON, THEODORE TETREAULT and MICHAEL SHAW, INDIVIDUALLY and in their capacities as officials of the TOWN OF WEBSTER, MASSACHUSETTS'S NOTICE OF REMOVAL**

　　　　NOW COME the defendants, Jason Piader, Daniel Cournoyer, Mark Mason, Christopher Daggett, and Daniel Fales, as they are the Members of the Town of Webster, Massachusetts Zoning Board of Appeals, and Randall Becker, Jennifer Sullivan, Douglas Willardson, Theodore Tetreault and Michael Shaw, individually and in their capacities as officials of the Town of Webster, Massachusetts in the above-captioned matter, and respectfully show to the Court:

1. The above action has been brought in the Worcester Superior Court and is now pending therein. The plaintiffs filed their original complaint against the defendants on or about October 10, 2019. *See* Plaintiffs' Complaint and Jury Demand, attached hereto as *Exhibit A*.

2. The plaintiffs allege, among other things, that the defendants, Randall Becker, Jennifer Sullivan, Douglas Willardson, Theodore Tetreault, and Michael Shaw, violated 42 U.S.C. §§ 1983, 1985, when they "singled out [the plaintiffs] for unfavorable treatment as a campground without any rational basis for the difference in treatment." *See* Compl., Count 3, ¶¶ 75–79.

3. The complaint involves a controversy of federal question, namely, alleged civil rights violations under 48 U.S.C. §§ 1983, 1985. *See* Compl., Count 3, ¶¶ 75–79; Civil Cover Sheet, attached hereto as *Exhibit B*; Category Form 1-2019, attached hereto as *Exhibit C*.

4. The nature of the controversy between the plaintiffs and said defendants is as follows: The plaintiffs allege that the defendants have misused their official authority to force the plaintiffs to close the Webster Family Campground. *See* Compl., ¶¶ 20–27. The plaintiffs also allege that the defendants did so with ill-will towards the plaintiffs due to the plaintiff Michael Finamore's public criticism of the defendants' performance of their official duties. *Id*. The plaintiffs further allege that the defendants exceeded their authority in issuing a zoning decision, conspired against the plaintiffs, violated the plaintiffs' state and federal civil rights, tortiously interfered with plaintiffs' advantageous relations with campground customers, and published defamatory statements regarding the plaintiffs. *Id.*, ¶¶ 59-86, 91-98. The plaintiffs also request a declaratory judgment regarding the application of the zoning by-laws. *Id.*, ¶¶ 87–90.

5. Because the matter in controversy involves a federal question and this Court has jurisdiction pursuant to 28 U.S.C. § 1331, this Court likewise has supplemental jurisdiction over all claims pursuant to 28 U.S.C. § 1367.

6. The time for filing this notice has not yet expired, as the plaintiffs served the complaint on October 15, 2019.

7. The defendants have yet to answer the complaint, as the Superior Court afforded the defendants until November 8, 2019, to answer. Consistent with Rule 81(c) of the Federal Rules of Civil Procedure, therefore, the answer will be due on November 16, 2019.

WHEREFORE, the petitioners pray that this action be removed from said state court to this Honorable Court, as provided by law.

**JASON PIADER, DANIEL COURNOYER, MARK MASON, CHRISTOPHER DAGGETT, and DANIEL FALES, as they are THE MEMBERS OF THE TOWN OF WEBSTER, MASSACHUSETTS ZONING BOARD OF APPEALS, and RANDALL BECKER, JENNIFER SULLIVAN, DOUGLAS WILLARDSON, THEODORE TETREAULT and MICHAEL SHAW, INDIVIDUALLY and in their capacities as officials of the TOWN OF WEBSTER, MASSACHUSETTS**

By their attorneys,

/s/ Daniel J. Beauchemin
Michael J. Mazurczak, BBO 555106
Daniel J. Beauchemin, BBO 682709
Melick & Porter, LLP
One Liberty Square, 7th Floor
Boston, Massachusetts 02109
Telephone: (617) 523-6200
Facsimile: (617) 523-8130
maz@melicklaw.com
dbeauchemin@melicklaw.com

Dated: November 8, 2019